UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

WELL DONE MITIGATION LLC A/A/O
2695 TT HOLDINGS LLC

        Plaintiff,

v.

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

        Defendant.

_____/

## <u>NOTICE OF REMOVAL</u>

       Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the Twentieth Judicial Circuit, in and for Charlotte County, Florida, to the United States District Court for the Middle District of Florida, and states as follows:

       1.    Plaintiff, Well Done Mitigation LLC a/a/o 2695 TT Holdings LLC, commenced this action by filing a Complaint, Case No. 23-03510-CA, in the Circuit Court of the Twentieth Judicial Circuit, in and for Charlotte County, Florida. Copies of the Complaint and docket are attached as Exhibits to this Notice.

       2.    Westchester was served on October 27, 2023.

## Diversity of Citizenship

1.      "Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction. A person's domicile is the place of his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (internal citations omitted) (quotation marks omitted). In determining domicile, courts consider home ownership, driver's license, voting registration, location of family, and location of business. *Turner v. Pa. Lumbermen's Mut. Fire Ins. Co.*, 3:07-cv-374-J-32TEM, 2007 WL 3104930, at *4 (M.D. Fla. Oct. 22, 2007).

2.      The Plaintiff is a Florida Limited Liability Company.[1]

3.      "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).

4.      The Plaintiff is believed to be a single member limited liability company owned by Glen Benitez. *See* Well Done Mitigation LLC Annual Report, attached as an Exhibit.

5.      Mr. Benitez is believed to be a permanent resident of Aventura, FL and conducts business out of the Miami/Fort Lauderdale area. Glen Benitez LinkedIn

---

[1] Compl. ¶ 3.

Profile, attached as an Exhibit; Well Done Mitigation LLC Annual Report. Therefore, he is a citizen of the State of Florida.

6.    Accordingly, the Plaintiff is a citizen of the State of Florida.

7.    Westchester is an insurance company incorporated in the State of Georgia with a principal place of business in the Commonwealth of Pennsylvania.

8.    Therefore, for purposes of 28 U.S.C. § 1332, diversity of citizenship existed among the Plaintiff and Westchester at the time the Plaintiff commenced this action in state court and continues to exist as of the time of filing this Notice of Removal.

## Amount in Controversy

9.    The Plaintiff is seeking "monetary damages in the amount of $204,726.32 exclusive of prejudgment interest, costs, and attorneys' fees."[2]

10.    The Plaintiff alleges that 2695 TT Holdings LLC owns real property located at 2695 Tamiami Trail, Port Charlotte, FL 33952 ("Property").[3]

11.    The Plaintiff alleges that Westchester issued policy number an insurance policy to 2695 TT Holdings LLC that provides certain coverage for the Property.[4]

---

[2] Compl. ¶ 1.
[3] Compl. ¶¶ 6-7.
[4] Compl. ¶ 8.

LEGAL\66934394\1

12.    The Plaintiff alleges that it 2695 TT Holdings LLC assigned its rights under the Policy to the Plaintiff.[5]

13.    The Plaintiff made a pre-suit demand to Westchester for $159,932.32, which was accompanied by several invoices from the Plaintiff. The demand and invoices are attached as a Composite Exhibit.

14.    Westchester denied coverage for the services provided by the Plaintiff.

15.    Based upon the foregoing, Westchester has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

16.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

17.    A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

WHEREFORE, Westchester Surplus Lines Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**


By:   _/s/  Chad A. Pasternack_
        Chad A. Pasternack (Lead Counsel)
        Florida Bar No. 117885
        cpasternack@cozen.com
        1801 N. Military Trail, Suite 200
        Boca Raton, FL 33431

---
[5] Compl. ¶ 13.

Telephone: (561) 750-3850
Facsimile: (561) 245-6209

Veronica Guerra, Esq.
Florida Bar No. 119181
vguerra@cozen.com
200 South Biscayne Blvd., Ste. 3000
Miami, FL 33131
Telephone: (305) 397-0826

*Counsel for Defendant, Westchester
Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's e-Filing Portal this __21st__ day of November, 2023 on All Counsel listed on the following Service List.

_____/s/  Chad A. Pasternack_____
Chad A. Pasternack

**SERVICE LIST**
*Counsel for Plaintiff*
Robert F. Gonzalez, Esq.
FLORIDA INSURANCE LAW GROUP, LLC
Town Center One, Suite 2267
8950 SW 74th Ct.
Miami, FL 33156-3171
Email: pleadings@flinslaw.com

LEGAL\66934394\1